**Order entered April 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01199-CR

**MARK MCCAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-00694**

## ORDER

We **GRANT** Official Court Reporter Janice E. Garrett's April 10, 2013 request for an extension of time to file the supplemental reporter's record. The reporter's record shall be due on **May 20, 2013**. The Court will not grant any further extensions.

The time to file appellant's brief is **EXTENDED** to **June 20, 2013**.

/s/     LANA MYERS
           JUSTICE